```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/22/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Gaelle Morisseau,

                Plaintiff,

-against-

Global A Brands, INC. et al.,

                Defendants.

1:23-cv-05679 (PGG) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

    It is hereby Ordered that the parties (or, if no defendant has appeared in the case, only the plaintiff) shall appear for a telephone conference on Wednesday, January 10, 2024 at 11:30 a.m. to discuss the status of this case. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

SO ORDERED.

Dated:     New York, New York
            December 22, 2023

_____
STEWART D. AARON
United States Magistrate Judge