USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/10/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Gaelle Morisseau,

                  Plaintiff,

-against-

Global A Brands, INC. et al.,

                  Defendants.

1:23-cv-05679 (PGG) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Following a telephone conference today, and for the reasons stated on the record, it is hereby Ordered as follows:

1. The appearing defendants (Global A Brands, INC., Tim Alford and Manny Lopez) shall respond to the Complaint no later than January 31, 2024.

2. Plaintiff shall seek a Clerk's Certificate of Default with respect to defendant GRILLiT, INC. no later than February 15, 2024, unless Plaintiff determines that such entity is not a proper defendant, in which case Plaintiff shall file an appropriate notice of partial dismissal under Federal Rule of Civil Procedure 41(a)(1)(A) by the same date. *See Azkour v. Haouzi*, No. 11-CV-05780 (RJS) (KNF), 2013 WL 3972462, at *3 (S.D.N.Y. Aug. 1, 2013).

**SO ORDERED.**

Dated:     New York, New York
             January 10, 2024

_____
STEWART D. AARON
United States Magistrate Judge