

Ilana Levin
Special Counsel

T. 973-849-4289
F. 973-297-3873

ilevin@mccarter.com

McCarter & English, LLP

Four Gateway Center
100 Mulberry Street
Newark, NJ 07102-4056

www.mccarter.com

March 20, 2024

**VIA ECF**

The Honorable Stewart D. Aaron, U.S.M.J.
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 1970
New York, NY 10007

  Re: **Morisseau v. Global A Brands, Inc., et al.**
     **Case No. 1:23-cv-05679-PPG-SDA**

Dear Magistrate Judge Aaron:

On behalf of all parties, I write to inform the Court that the parties have reached a settlement in this matter. The parties are in the process of finalizing a draft settlement agreement, which will then be submitted for Court approval. Accordingly, the parties jointly ask for an adjournment of the initial pretrial conference set by the Court for March 27, 2024 (ECF No. 37), and the related deadline for the parties to file a Report of Rule 26(f) Meeting and Proposed Case Management Plan one week before the conference. No previous adjournments have been requested for this conference and related deadline.

Respectfully submitted,

/s/ Ilana Levin

Ilana Levin

cc: Counsel of record (via ECF)

Request GRANTED. The initial conference, currently scheduled for March 27, has been adjourned *sine die*.
SO ORDERED.
Dated: March 20, 2024

ME1 47926214v.1