UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Gaelle Morisseau,

                Plaintiff,

-against-

Global A Brands, Inc. et al.,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/21/2024

1:23-cv-05679 (PGG) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

    This case contains one or more claims arising under the Fair Labor Standards Act. The parties apprised the Court on March 20, 2024 that a settlement has been reached. (ECF No. 40.) In light of the requirements of *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), the parties must file a joint letter or motion that addresses whether the settlement is fair and reasonable.

    Any such letter or motion shall be filed by Friday, April 19, 2024, and should address the claims and defenses, the defendants' potential monetary exposure and the bases for any such calculations, the strengths and weaknesses of the plaintiffs' case and the defendants' defenses, any other factors that justify the discrepancy between the potential value of plaintiffs' claims and the settlement amount, the litigation and negotiation process, as well as any other issues that might be pertinent to the question of whether the settlement is reasonable (for example, the collectability of any judgment if the case went to trial).

    The joint letter or motion should also explain the attorney fee arrangement, attach a copy of the retainer agreement, and provide information as to actual attorney's fees expended and the relevant experience of the attorney(s). Finally, a copy of the settlement agreement itself must

accompany the joint letter or motion.

Since the parties have not yet consented to the undersigned's jurisdiction, the Honorable Paul G. Gardephe remains the presiding judge in this case. Thus, any further requests regarding the joint letter or motion to be filed must be addressed to Judge Gardephe. However, the parties are reminded that they may consent to undersigned's jurisdiction for all purposes, which can be found at the following link: https://www.nysd.uscourts.gov/sites/default/files/practice_documents/sdaConsentToProceedBeforeUSMagistrateJudge.pdf.

**SO ORDERED.**

Dated:    New York, New York
          March 21, 2024

_____
STEWART D. AARON
United States Magistrate Judge