```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/25/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Gaelle Morisseau,

                Plaintiff,

-against-

Global A Brands, INC. et al.,

                Defendants.

1:23-cv-05679 (PGG) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

    Following a telephone conference with the parties, it is hereby Ordered that, no later than Thursday, May 2, 2024, the parties shall file a joint letter setting forth at least three proposed dates for a remote settlement conference and indicating whether they are available in the morning, afternoon, or both.

**SO ORDERED.**

Dated:     New York, New York
           April 25, 2024

_____
STEWART D. AARON
United States Magistrate Judge