UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

<table>
<tr><td>Gaelle Morisseau,</td><td></td></tr>
<tr><td style="text-align:right">Plaintiff,</td><td>1:23-cv-05679 (PGG) (SDA)</td></tr>
<tr><td>-against-</td><td>**ORDER**</td></tr>
<tr><td>Global A Brands, INC. et al.,</td><td></td></tr>
<tr><td style="text-align:right">Defendants.</td><td></td></tr>
</table>

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/18/2024

**STEWART D. AARON, United States Magistrate Judge:**

Following a telephone conference with the parties, it is hereby Ordered that Defendants' counsel shall file his anticipated motion to withdraw, along with proof of service of the motion on Defendants, no later than Thursday, August 1, 2024.

**SO ORDERED.**

Dated:    New York, New York
          July 18, 2024

_____
STEWART D. AARON
United States Magistrate Judge