UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Gaelle Morisseau,

                    Plaintiff,

      -against-

Global A Brands, INC. et al.,

                    Defendants.

1:23-cv-05679 (PGG) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

In accordance with the Court's September 5, 2024 Order (ECF No. 71), Plaintiff's counsel and Defendant Alford were to appear for a telephone conference today, October 22, 2024, to discuss the status of this action. Neither party appeared as Ordered.

The parties are directed to appear for a telephone conference on October 30, 2024 at 11:00 a.m. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745. The parties are reminded that failure to comply with Court Orders may result in the imposition of sanctions. For Plaintiff, such sanctions may include a recommendation that the case be dismissed for failure to prosecute. *See* Fed. R. Civ. P. 41(b). For Defendant Alford, such sanctions may include a recommendation that a default be entered against him. *See* Fed. R. Civ. P 55(a).

**SO ORDERED.**

Dated:       New York, New York
             October 22, 2024

_____
STEWART D. AARON
United States Magistrate Judge