```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/10/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Gaelle Morisseau,<br><br>      Plaintiff,<br><br>-against-<br><br>Global A Brands, INC. et al.,<br><br>      Defendants. | 1:23-cv-05679 (JAV) (SDA)<br><br>**ORDER** |

**STEWART D. AARON, United States Magistrate Judge:**

  As set forth in the Court's November 1, 2024 Order to Show Cause, Defendant Tim Alford ("Alford") was to show cause in writing, no later no later than November 22, 2024, why the Court should not direct the Clerk of Court to enter a default against him, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, for his failure to defend this action. (Order To Show Cause, ECF No. 80.)

  Having received no response from Alford, the Clerk of Court is respectfully requested to enter a Certificate of Default as to Alford. *See Fed. Election Comm'n v. LatPAC*, No. 21-CV-06095 (ALC) (SDA), 2022 WL 72304, at *2 (S.D.N.Y. Jan. 7, 2022) ("Because entry of a default under Rule 55(a) is non-dispositive, a magistrate judge also may direct the Clerk of Court to enter a default pursuant to the referral for general pretrial management.")

  It is further Ordered that Plaintiff shall move for entry of a default judgment against Alford and Defendant Global A Brands[1] no later than January 15, 2025. As this action has been

---

[1] As set forth in the Court's November 1, 2024 Order to Show Cause, a default was entered against Global A Brands on October 9, 2024. (*See* Order to Show Cause at 2 n.2; *see also* Cert. of Default, ECF No. 76.)

reassigned to District Judge Vargas (*see* 12/10/24 ECF docket text), Plaintiff shall comply with Judge Vargas's individual rules.

**SO ORDERED.**

Dated: New York, New York
December 10, 2024

_____
STEWART D. AARON
United States Magistrate Judge