UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Gaelle Morisseau,

                          Plaintiff,

-against-

Global A Brands, INC. et al.,

                          Defendants.

1:23-cv-05679 (JAV) (SDA)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/24/2025

**STEWART D. AARON, United States Magistrate Judge:**

Following a hearing before Judge Vargas on April 22, 2025 regarding Plaintiff's motion for a default judgment, Judge Vargas referred this action to the undersigned for an inquest on damages. (Am. Referral Order, ECF No. 95.) Accordingly, it is hereby Ordered as follows:

1. No later than May 1, 2025, Plaintiff shall order a copy of the transcript of the April 22, 2025 hearing by contacting the Southern District Reporters. Transcripts may be ordered online at sdreporters.com. The Southern District Reporters can be reached by phone (212-805-0300) or email (info@sdreporters.com) with any questions.

2. No later than 14 days after the transcript is filed to the ECF docket, Plaintiff shall file a supplemental submission regarding damages addressing Plaintiff's request for attorney's fees.[1]

---

[1] Any request for attorney's fees must be supported by contemporaneous time records showing, for each attorney, the date of service, the hours expended, and the nature of the work performed. Counsel also should provide the number of years they have been admitted to the bar and their hourly rate, as well as copy of the applicable retainer agreement.

3. Plaintiff shall serve Defendants[2] with a copy of the transcript and the supplemental submission and file proof of service on the docket. Plaintiff shall include with such service a copy of this Order.

4. Defendants shall send to Plaintiff's counsel and file with the Court their response, if any, to Plaintiff's submission within 7 days of service.

5. The Court hereby notifies the parties that it may conduct this inquest based solely upon the written submissions of the parties. *See Bricklayers & Allied Craftworkers Local 2, Albany, N.Y. Pension Fund v. Moulton Masonry & Const., LLC*, 779 F.3d 182, 189 (2d Cir. 2015) (quoting *Action S.A. v. Marc Rich & Co.*, 951 F.2d 504, 508 (2d Cir. 1991)); *Cement & Concrete Workers Dist. Council Welfare Fund, Pension Fund, Annuity Fund, Educ. & Training Fund & Other Funds v. Metro Found. Contractors Inc.*, 699 F.3d 230, 234 (2d Cir. 2012) (citation omitted). To the extent that any party seeks an evidentiary hearing, such party must set forth in its submission the reason why the inquest should not be conducted based upon the written submissions alone, including a description of what witnesses would be called to testify at a hearing and the nature of the evidence that would be submitted.

**SO ORDERED.**

Dated:   New York, New York
         April 24, 2025

_____
STEWART D. AARON
United States Magistrate Judge

---

[2] As the Court previously has noted (*see, e.g.*, 4/16/25 Order, ECF No. 93), mail sent to Defendant Alford continues to be returned. Accordingly, Plaintiff may serve Defendant Alford via email.