```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/15/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Gaelle Morisseau,

                Plaintiff,

-against-

Global A Brands, INC. et al.,

                Defendants.

1:23-cv-05679 (JAV) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

    It is hereby ORDERED that, no later than Tuesday, May 20, 2025, Plaintiff shall file a status letter regarding compliance with the Court's April 24, 2025 Order (ECF No. 96), including whether Plaintiff has ordered a copy of the transcript of the April 22, 2025 hearing and when delivery of the transcript is expected.

**SO ORDERED.**

Dated:    New York, New York
            May 15, 2025

_____
STEWART D. AARON
United States Magistrate Judge