**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
GAELLE MORISSEAU,

                Plaintiff,                              23 **CIVIL** 5679 (JAV)(SDA)

       -against-                                        **<u>JUDGMENT</u>**

GLOBAL A BRANDS, INC. AND TIM
ALFORD, AN INDIVIDUAL,

                Defendants.
-------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated July 28, 2025, Defendants have waived the right to object to the Report and Recommendation or to obtain appellate review. See Miller, 43 F.4th at 120. Despite the waiver, the Court has reviewed the petition and the Report and Recommendation, unguided by objections, and finds the Report and Recommendation to be well reasoned and grounded in fact and law. The Court agrees entirely with the thorough and detailed analysis, including with respect to attorney's fees. The Report and Recommendation is ADOPTED in its entirety. Plaintiff's motion filed at ECF No. 85 be GRANTED and Plaintiff's motion filed at ECF No. 103 be GRANTED IN PART and DENIED IN PART. Judgment is entered in favor of Plaintiff against Defendants, jointly and severally, in the amount of $59,136.96 (consisting of $12,358.00 in unpaid wages; $1,785.16 in unused accrued vacation time; $3,501.32 in unpaid overtime; $10,000.00 for failure to provide notices and wage statements; and $31,492.48 in liquidated damages). Plaintiff is awarded $43,397.50 in attorneys' fees and $1,086.58 in costs, as well as post-judgment interest; accordingly, the case is closed.

**Dated:**  New York, New York
           July 28, 2025

                                                                                 **TAMMI M. HELLWIG**
                                                                                  **Clerk of Court**

                                                        **BY:**        *K. Mango*

                                                                                   **Deputy Clerk**